HÚGO CAHN et al., Respondents, *v.* THEODORE STOVER, Appellant, Impleaded with Others.

*Cahn* v. *Stover,* 25 App. Div. 630, affirmed.
(Submitted April 4, 1900; decided April 24, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 14, 1898, affirming a judgment in favor of plaintiffs entered upon a verdict, and an order denying a motion for a new trial.

*John A. Van Arsdale* for appellant.

*George Clinton* for respondents.

Judgment and order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.